Steven T. Potts
THOMPSON, POTTS & DONOVAN, P.C.
P. O. Box 2799
Great Falls, Montana 59403-2799
Telephone: (406) 727-0500

Attorneys for Plaintiff

FILED
GREAT FALLS DIV.
2009 MAY 11 AM 11 40
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

CLERK OF DISTRICT COURT
8TH JUD. DIST.
2009 MAR 30 PM 3: 28
FILED
BY _____
DEPUTY

MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY

| | |
|---|---|
| MICHAEL CARLSTROM, <br><br> Plaintiff, <br><br> -vs- <br><br> TITLE CASH OF MONTANA, INC., and EZ TITLE PAWN, INC., <br><br> Defendants. | CV-09-40-GF-SEH <br><br> Cause No. CDV-09-416 <br><br> **COMPLAINT AND JURY DEMAND** <br><br> ~~KENNETH R. NEILL~~ <br><br> THOMAS M. McKITTRICK |

COMES NOW the Plaintiff, and for his cause of action against Defendants, alleges and complains as follows:

1. At all times relevant to the allegations contained herein, Plaintiff was employed by Defendants in Cascade County, among other locations.

2. On or about September 19, 2008, Defendants terminated Plaintiff's employment.

3. Defendants' termination of Plaintiff's employment was wrongful pursuant to Montana's Wrongful Discharge from Employment Act, Sections 39-2-901 et seq.

4. Defendants' termination of Plaintiff's employment was wrongful because the discharge was not for good cause and Plaintiff had completed Defendants' probationary period of employment.

5. Defendants' termination of Plaintiff's employment was wrongful because Defendants

COMPLAINT AND JURY DEMAND

violated the express provisions of their own written personnel policies.

6. Defendants' termination of Plaintiff's employment was wrongful because Defendants terminated plaintiff's employment for refusing to violate public policy.

7. Plaintiff is entitled to recover from Defendants lost wages and fringe benefits for a period not to exceed four (4) years from the date of his discharge, together with interest thereon.

8. Defendants also failed to reimburse plaintiff, or indemnify him from, out of pocket expenses incurred during his employment.

9. Plaintiff is entitled to recover said expenses from defendants.

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For lost wages and fringe benefits for a period not to exceed four (4) years from the date of discharge, together with interest thereon, and for punitive damages, if applicable.

2. For reimbursement and/or indemnification of expenses incurred during plaintiff's employment.

3. For plaintiff's costs and disbursements incurred herein.

4. For such other and further relief as to the Court may seem just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues of fact raised in these proceedings.

DATED this 30th day of March, 2009.

THOMPSON, POTTS & DONOVAN, P.C.

By _Steven T Potts_
P. O. Box 2799
Great Falls MT 59403
(Attorneys for Plaintiff)